**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN PAPALEO                                          No. C 07-1234 SC

       Plaintiff,                                    **ORDER OF RECUSAL**

  v.

CINGULAR WIRELESS CORP.

       Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of General Order 44 paragraph E.2 of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: March 6, 2007

                           SAMUEL CONTI
                           UNITED STATES DISTRICT JUDGE